JENNIE B. COGER, an Infant, by JERRY COGER, Her Guardian ad Litem, et al., Appellants, *v.* LONG ISLAND RAILROAD COMPANY, Respondent.

Argued February 27, 1947; decided April 17, 1947.

*Harvey I. Harris* and *Jeannette S. Dolgin* for appellants.
*Ralph E. Hemstreet* and *Louis J. Carruthers* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, on the ground that the record presents jury questions as to negligence and contributory negligence. Plaintiffs were not trespassers as matter of law. (*Zambardi* v. *South Brooklyn Ry. Co.*, 281 N. Y. 516.) No opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER, DYE and FULD, JJ. Dissenting: LEWIS, J.